UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**

JAMES J. VILT, JR. - CLERK

JUN 16 2020

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**ASHLEY WILSON**

INDICTMENT

NO.    3:21-cr-70-RGJ

18 U.S.C. § 2
18 U.S.C. § 924(c)(1)(A)(iii)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 846

The Grand Jury charges:

## COUNT 1
*(Attempt to Possess with Intent to Distribute Methamphetamine)*

On or about October 29, 2018, in the Western District of Kentucky, Jefferson County, Kentucky, **ASHLEY WILSON**, defendant herein, aided and abetted by others known and unknown to the grand jury, knowingly and intentionally attempted to possess with intent to distribute methamphetamine, a Schedule II controlled substance, as defined by Title 21, United States Code, Section 812.

In violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 2
*(Discharging a Firearm During and in Relation to a Drug Trafficking Crime)*

On or about October 29, 2018, in the Western District of Kentucky, Jefferson County, Kentucky, **ASHLEY WILSON**, defendant herein, did knowingly use, carry and discharge a firearm, during and in relation to a drug trafficking crime for which she may be prosecuted in a

court of the United States, that is, a violation of Title 21, United States Code, Section 846, as alleged in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1), and 846, as alleged in Count 1 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **ASHLEY WILSON**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained, directly or indirectly, as a result of said offenses, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment.

Furthermore, as a result of committing offenses in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii), as alleged in Count 2 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **ASHLEY WILSON**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses.

A TRUE BILL.

**Redacted**

FOREPERSON

MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:twd:06/16/21

UNITED STATES OF AMERICA v. ASHLEY WILSON

## PENALTIES

Count 1:  NM 20 yrs./NM $1,000,000/both/NL 3 yrs. Supervised Release
(NM 30 yrs./$2,000,000/both/NL 6 yrs. Supervised Release (with notice of one prior qualifying conviction)
Count 2:  NL 10 yrs. consecutive/$250.000/both/NM 3 yrs. Supervised Release

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.      Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:            Clerk, U.S. District Court
                       106 Gene Snyder U.S. Courthouse
                       601 West Broadway
                       Louisville, KY  40202
                       502/625-3500

BOWLING GREEN:         Clerk, U.S. District Court
                       120 Federal Building
                       241 East Main Street
                       Bowling Green, KY  42101
                       270/393-2500

OWENSBORO:             Clerk, U.S. District Court
                       126 Federal Building
                       423 Frederica
                       Owensboro, KY  42301
                       270/689-4400

PADUCAH:               Clerk, U.S. District Court
                       127 Federal Building
                       501 Broadway
                       Paducah, KY  42001
                       270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.