FILED

JAMES J. VILT, JR. - CLERK

MAR 09 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

3-2-26

Hi
I was Sentenced in Louisville, Ky federally on 1-23-23 by Judge Jennings case # 3:21-CR-00070-RGJ. The Sentencing Computation Center is refusing to give jail credits ordered by the judge. I am owed over 16 months of credits and due to release April 27, 2026 to Halfway House. I am requesting 1 free copy of Sent. transcripts to help me exhaust my remedies.
I am housed at Waseca FCI PO Box 1731 Waseca Mn. 56093 until April 27, 2026
Thank you for any help you can provide

Ashley Wilson
55807509
FCI Waseca
PO Box 1731
Waseca Mn 56093

Name Ashley Wilson
Reg# 55807509 Unit E
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

SAINT PAUL MN  550

6 MAR 2026   PM 7   L

FOREVER/USA

# FILED

JAMES J. VILT, JR. - CLERK

MAR 09 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

⇔55807-509⇔
Gene Snyder Fed Court
Clerk of Court-Transcript
601 W Broadway
Room 109
Louisville, KY 40211
United States

40202-222731